[Nos. 25925-1-III; 26351-7-III. Division Three. June 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN M. ANDERSON, *Appellant*.

*In the Matter of the Personal Restraint of* SHAWN M. ANDERSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03703-3, Jerome J. Leveque, J., entered January 24, 2007, together with a petition for relief from personal restraint. Judgment *affirmed in part*, petition *denied*, and case *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26072-1-III. Division Three. June 5, 2008.]

DOROTHY M. JONES, *Appellant*, v. SPOKANE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04111-3, Robert D. Austin, J., entered March 27, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Sweeney, J.